**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN-DETROIT DIVISION**

In re: Minion, Courtney, Jr.

                                            Case No. 14-53802-mbm

                                            Chapter 13

_____ /

## NOTICE OF PROPOSED CHAPTER 13 PLAN MODIFICATION TO CHANGE CLASS 5.1 CREDITORS TO CLASS 5.2

Debtors give notice of their proposed plan modification pursuant to LBR 3015-2(b) and states as follows:

1. That Debtor Courtney Minion, Jr is currently in a confirmed Chapter 13 plan (DN 87).

2. That all priority claims are now paid off, and just secured and unsecured remain.

3. Because the secured claims are being paid as equal monthly payments, sums are accruing with the Chapter 13 trustee that could pay those secured claims off earlier and could possibly increase the dividend to the unsecured creditors.

4. The following creditors that are now treated as Class 5.1:

    a. Internal Revenue Service
    b. Nationwide Mortgage LLC.
    c. Portfolio Recovery Associates, LLC

5. Debtor proposes to treat those Class 5.1 claims, as Claims 5.2 claims.

6. That the plan modification will have no other effect on the class of creditors 2-7. That this is a 0% plan, however it appears that the proposed plan modification will provide a dividend to Class 8 creditors.

8. That all other aspects of the confirmed plan will remain in full force and effect.

/s/ A. Stephen Ramadan P41892
Attorney for Debtors
22336 Harper Ave
St. Clair Shores, MI 48080
586-441-3239
steveramadan@gmail.com

August 13, 2018

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN DETROIT DIVISION

In re: Minion, Courtney, Jr.

                                                                  Case No. 14-53802-mbm

                                                                    Chapter 13

_____/

## NOTICE OF DEADLINE TO OBJECT TO REQUEST FOR CH 13 PLAN MODIFICATION

Debtor has filed papers with the Court to requesting a CH 13 PLAN Modification.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the [motion] [objection], within TWENTY –ONE (21) days, you or your attorney must:

   1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 W. Fort Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

A. STEPHEN RAMADAN, PLC
22336 Harper Ave,
St Clair Shores, MI 48080
586-441-3239

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

Office of the Standing Ch 13 Trustee - David Ruskin
26555 Evergreen Suite 1100
Southfield, MI 48076.
Detroit, Michigan 48226

> **2.** If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing. **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

/s/ A. Stephen Ramadan P41892
Attorney for Debtors
586-441-3239
steveramadan@gmail.com

Dated: August 13, 2018


**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one.**

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN DETROIT DIVISION

**In re: Minion, Courtney, Jr.**

                                                          **Case No. 14-53802-mbm**

                                                          **Chapter 13**

_____ /


### CERTIFICATE OF SERVICE

I certify that the foregoing paper will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system. I further certify that the foregoing paper was served by mail on the following, at the following addresses, on this date [*or*] on August 13, 2018:

Ryan Byrd on behalf of Creditor Nationstar Mortgage LLC
bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com

Ryan Byrd on behalf of Defendant Nationstar Mortgage LLC
bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com

Ryan Byrd on behalf of Defendant Nationstar Mtg, LLC
bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com

Moe Freedman on behalf of Creditor State of Michigan, Department of Treasury
freedmanm1@michigan.gov

Michael P. Hogan on behalf of Creditor Nationstar Mortgage LLC
mhogan@sspclegal.com, stremonti1@sspclegal.com

Evan Moscov on behalf of Creditor Nationstar Mortgage LLC
EvanM@w-legal.com

A. Stephen Ramadan on behalf of Debtor Courtney E. Minion, Jr
steveramadan@gmail.com

A. Stephen Ramadan on behalf of Plaintiff Courtney E. Minion, Jr
steveramadan@gmail.com

David Wm Ruskin
ecf-emails@det13.com

And by US Mail:

None

/s/ Steve Ramadan